UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 194 | CIVIL ACTION NO. 5:20-cv-00519-DEW-MLH |
| SHREVEPORT ELECTRICAL HEALTH AND WELFARE FUND | JUDGE: DONALD E. WALTER |
| SHREVEPORT ELECTRICAL INDUSTRY PROFIT SHARING FUND | MAGISTRATE: MARK L HORNSBY |
| SHREVEPORT ELECTRICAL JOINT APPRENTICESHIP AND TRAINING FUND | |
| versus | |
| TRIO ELECTRIC COMPANY, INC. | |

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT, come Plaintiffs, International Brotherhood of Electrical Workers Local 194 *et al.* (collectively, the "Shreveport Electrical Funds and Union"), through undersigned counsel, who move this Honorable Court to enter a dismissal without prejudice in the captioned matter for Defendant, TRIO Electric Company, Inc. The Shreveport Electrical Funds and Union unilaterally move for dismissal because the Defendant has since cooperated with the required audit procedures by providing the necessary documents. It has been determined there is no outstanding delinquency.

WHEREFORE, the Plaintiffs pray that the Court grant their Motion for Voluntary Dismissal Without Prejudice, each party to bear its own costs.

1

        Respectfully submitted,

        **ROBEIN, URANN,**
        **SPENCER, PICARD & CANGEMI, APLC**
        s/ Laura K. Cline

        Laura Cline (LA Bar No. 37074)
        Maria Cangemi (LA Bar No. 20136)
        2540 Severn Avenue, Suite 400 (70002)
        P. O. Box 6768
        Metairie, Louisiana 70009-6768
        Telephone: (504) 885-9994
        Facsimile: (504) 885-9969
        Email: lcline@ruspclaw.com

        *ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion For Voluntary Dismissal Without Prejudice was filed on December 30, 2020, and a copy provided to the following non-ECF participant.

Trio Electric Company, Inc
Through its Registered Agent
Charles Young
1395 Highway 134
Monroe, Louisiana 71203

        s/ Laura K. Cline
        **Laura K. Cline (Bar No. 37074)**