UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 194 | CIVIL ACTION NO. 5:20-cv-00519-DEW-MLH |
| SHREVEPORT ELECTRICAL HEALTH AND WELFARE FUND | JUDGE: DONALD E. WALTER |
| SHREVEPORT ELECTRICAL INDUSTRY PROFIT SHARING FUND | MAGISTRATE: MARK L HORNSBY |
| SHREVEPORT ELECTRICAL JOINT APPRENTICESHIP AND TRAINING FUND | |
| versus | |
| TRIO ELECTRIC COMPANY, INC. | |

**ORDER**

Considering the foregoing Motion for Voluntary Dismissal without Prejudice:

IT IS HEREBY ORDERED AND ADJUDGED that the Complaint against Defendant, TRIO Electric Company, Inc., IS HEREBY dismissed, *without prejudice*, each party to bear its own costs.

Shreveport, Louisiana, this   4th   day of   January  , 202 1.

_Donald E. Walter_
UNITED STATES DISTRICT JUDGE